

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00676-CV

Jose **GEORGE**, Matilde D. George, and Elaine George,
Appellants

v.

Jose **GEORGE**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03773
Honorable Dick Alcala, Judge Presiding

# O R D E R

The clerk's record was due on November 23, 2015. On December 1, 2015, the Bexar County District Clerk notified this court that the record was late because Appellant had not paid for the record. On December 7, 2015, the district clerk advised this court that Appellant had paid for the record and the clerk requested an additional thirty days to file the record.

The clerk's request is GRANTED. We ORDER the Bexar County District Clerk to file the clerk's record with this court by January 6, 2016. **No further extensions of time to file the clerk's record will be granted.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court